UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REGGIE L. McCOY, #11732-018
F.C.C. U.S.P. Petitioner,
POB 1034
v. COLEMAN, FLA. 33521

U.S.P. COLEMAN 2;
J-2 UNIT CASE MGT.;
M. CHAVIS, B.O.P.,
Respondents.

Case: 1:08-cv-00807
Assigned To : Robertson, James
Assign. Date : 5/12/2008
Description: FOIA/Privacy Act

## JURISDICTION

### PETITION FOR WRIT OF MANDAMUS DIRECTING USP COLEMAN 2 J-2 UNIT CASE MANAGER M. CHAVIS TO CONTACT THE DSCC TO RECOMPUTATE PETITIONER'S MONTHS TO RELEASE DATE AT 24 OR IMMEDIATE RELEASE FROM CUSTODY AS REQUIRED BY PS§5800.11 PG. 19(c) AND PS §5100.08 CH.7 PG. 12(c) PURSUANT TO TITLE 28 USC §1361 AND §1651

Comes now, Reggie L. McCoy, in proper person and indigent pursuant to the above captioned, and moves this Honorable district court to issue an order commanding USP Coleman 2 J-2 Unit Case Manager M. Chavis to contact the DSCC (Designation and Sentencing Computation Center) to recomputate petitioner's months to release date at 24 or immediate release from custody.

**In furtherance, it is stated as follows:**

1.) Pursuant to Title 28 USC §1361, it provides, "An action to compel an officer of the United States to perform his duty. The district court shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to plaintiff". See Holmes v. United States Board of Parole, 541 F.2d 1243 (1976) and In RE GRAND JURY APPLICATION, 617 F. Supp 199 (D.C.N.Y. 1985)

RECEIVED
MAY - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

2.) USP Coleman 2 J-2 Case Manager M. Chavis is an officer of the United States or employee of the Federal Bureau of Prisons, who is responsible for the management and accuracy of inmate Central File Records under the laws of the United States and the Privacy Act of 1974. She has a statutory duty to maintain accurate relevant, timely, complete and factual information pertaining to the individual and to confirm her conduct to the spirit and letter of the program statements issued by the Director of the Bureau of Prisons.

3.) PS §1351.05(c)(1)(a) provides, Unit Staff shall take reasonable steps to ensure the accuracy of the challenged information in the Inmate Central File, particularly when the challenged information can be verified.

Reasonable steps include requiring specific action from the inmate, such as providing documents which support the challenge and/or the names of people to contact regarding the challenged information.

Once Bureau Staff make a determination that the challenged information is incorrect, appropriate notations on the records shall be made to ensure that staff do not use the discredited information to make decisions regarding the inmate.

## BUREAU STAFF CORRECTION OF RECORDS

On October 31, 2007, the Bureau of Prisons J-2 Unit Case Manager M. Chavis corrected Reginald L. McCoy, Reg No. 11732-018, Case No. 90-132-CR-T-17(c) Criminal History Score erroneously used to calculate his Criminal History points as 4 in his Male Custody Classification form BP-338. Due to verified documentations and evidence, the Bureau had to reduce 2 Criminal History points from the CR HX section of the BP-338 because they were incorrectly scored by the the U.S.P.O.'s Pre-Sentence Investigation Report Pg.8, Para 45-46. This correction takes McCoy's Criminal History Category Range 3 to be reduced to Category 1 of the United States Sentencing Guidelines Ch.5 Pt A sentencing tbl. Category 3 conflicts with PS §5100.08 Ch.4 Pg. 8 and U.S.S.G. §4A1.1(a)(b) and (c) and §4A1.2(a)(2),(b)(1) of the United States Sentencing Commission's Guideline Manual.

This correction impacts McCoy's sentencing computation Release Date 540 reflected in his Male Custody Classification form BP-338 and Sentencing Computation Data Sheet Release Data unknown.  Inmate McCoy no longer qualify under Title 18 USC §3559 enhancement provision.  As he does not qualify for Category 3 of the Criminal History range of the Sentencing Guidelines.  The data should reflect 0 prior in oppose to the necessary two prior felony drug convictions needed to determine his Criminal History range correctly at 3.

Therefore, as a result of this Privacy Act correction of records maintained in his Central File as required by Sellers v. <u>Bureau of Prisons</u>, 595 F.2d 301 (D.C. Cir 1992) and PS §5800.11 Pg. 19(c);  PS §1351.05)(c)(1)(a) Ch.4 Pt. (A), the Bureau of Prisons correction of the discrepancies in the records of Central File warrants McCoy's sentencing computation be recalculated to reflect 24 months to release or he be immediately released from custody of the Bureau of Prisons.

**"Mandamus entreaties are generally subject to a pair of prophylactic rules, which together require that a petitioner show (a) some special risk of irreparable harm, and (b) clear entitlement to the relief requested.' In re Recticel Foam Corp., 859 F.2d 1000, 1005(1st Cir. 1988)(footnote omitted)."  In re Bushkin Assocs., Inc., 864 F.2d 241,243(1st Cir. 1989)(further citations omitted).**

It is clear and indisputable that if the BOP do not contact Grand Prairie, Tx Designation and Sentencing Computation Center to recomputate Plaintiff's months to release date, his central file records will remain inaccurate and he will be falsely classified as a maximum security level inmate subject to the designation at a USP as oppose to an Federal Correction Institution(FCI) Low security level facility.  Plaintiff has a right to accuracy of records under the Privacy Act of 1974, and defendant has a duty to ensure it.  And if such duty is breached, Plaintiff such false classification as a Maximum Security level inmate is irreparable.  Therefore, Plaintiff in entitled to be granted relief.

## CONCLUSION

Wherefore, for the above reasons, Petitioner moves this Honorable district court by the power of the Writ of Mandamus to issue an order commanding the Bureau of Prisons to contact the Designation and Sentencing Computation Center, U.S. Armed Forces Reserved Complex. 346 Marine Forces Dr., Grand Prairie, TX 75051 to recomputate his Months to release at 24 or command his immediate release from custody to prevent a manifest injustice.

Respectfully Submitted,

*Reggie L. McCoy*

Reggie L. McCoy
Reg No. 11732-018
F.C.C.-U.S.P. Coleman 2
P.O. Box 1034
Coleman, Florida 33521-0879

<u>Footnote</u>:

1. See PS §1351.05(c)(1)(a), attached Exhibit A.

2. See Male Custody Classification form BP-338 February 4, 2007, attached Exhibit B.

3. See Male Custody Classification form BP-338 October 31, 2007, attached Exhibit C.

4. See letter to DSCC, attached, Exhibit D.

## CERTIFICATE OF SERVICE

I, Reggie L. McCoy, state and admit under the penalty of perjury that a true and correct copy of the aforementioned Writ of Mandamus pursuant to Title 18 USC §1361 was mailed on this 16th day of April 2008, to the following:

United States Federal Bureau of Prisons
C/O M. Chavis, J-2 Unit
Coleman 2 U.S.P.
320 First Street N.W.
Washington D.C. 20534

Respectfully Submitted,

Reggie L. McCoy
Reg No. 11732-018
F.C.C.-U.S.P. Coleman 2
P.O. Box 1034
Coleman, Florida 33521-0879

Exhibit "A"

PS 1351.05
9/19/2002
Page 24

- Both the request and the envelope must be clearly marked **"Privacy Act Correction Request."**

c. **Bureau Responses**

   (1) **Requests to Correct Bureau Records**

   (a) Bureau staff may make or deny requests for correction of Bureau records pursuant to procedures contained in 28 CFR 16.50. One basis for denial may be that the records are contained in a Bureau system of records that has been published in the Federal Register and exempted from the Privacy Act's provisions requiring amendment and correction. Refer to 28 CFR 16.97 for further information.

   **Inmate Central File Records**. <u>Unit staff shall take reasonable steps to ensure the accuracy of challenged information in the Inmate Central File, particularly when the challenged information can be verified</u>.

   - <u>Reasonable steps include requiring specific action from the inmate, such as providing documents which support the challenge and/or the names of people to contact regarding the challenged information</u>.

   - <u>Once Bureau staff make a determination that the challenged information is incorrect, appropriate notations on the record shall be made to ensure that staff do not use the discredited information to make decisions regarding the inmate.</u>

   - Special procedures have been developed when the challenged information involves a PSI Report. See the Program Statement on Inmate Central File, Privacy Folder, and Parole Mini-Files for further information.

   (b) Any denial of a request for correction should contain a statement of the reason for denial and notice to the requester that the denial may be appealed to the U.S. Department of Justice, Office of Information and Privacy, by filing a written appeal within 30 days of the receipt of the denial.

   The appeal shall be marked on the face of the letter and the envelope, **"PRIVACY APPEAL - DENIAL OF ACCESS,"** and shall be addressed to the OIP address cited in Section 23 above.

   (2) **Requests to Correct Records Originated by Other Federal Agencies**. Requests for correction of records prepared by other Federal agencies shall be forwarded to that agency for appropriate action and the requester shall be immediately notified of the referral in writing.

```
ALPBW   606     INMATE CLASSIFICATION FORM                    02-04-2007
PAGE 001 OF 001                                                13:38:44
                           (A) IDENTIFYING DATA
REG NO..: 11732-018        FORM DATE: 02-04-2007              ORG: ALP
NAME....: MCCOY, REGINALD L
                                    MGTV: NONE
PUB SFTY: SENT LGTH                 MVED:
                           (B) BASE SCORING
DETAINER: (0) NONE             SEVERITY.......: (3) MODERATE
MOS REL.: 540                  CRIM HIST SCORE: (04) 4 POINTS
ESCAPES.: (0) NONE             VIOLENCE.......: (6) 5-10 YRS SERIOUS
VOL SURR: (0) N/A              AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (2) NO VERFD HS/ NO GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                           (C) CUSTODY SCORING
TIME SERVED....: (3) 0-25%     PROG PARTICIPAT: (0) POOR
LIVING SKILLS..: (0) POOR      TYPE DISCIP RPT: (0) GREATEST
FREQ DISCIP RPT.: (1) 2-5      FAMILY/COMMUN..: (3) MINIMAL

                     --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+17  +7      +6       +23       HIGH        N/A             MAX     SAME

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRE
```

Exhibit "B"

Case 1:08-cv-00807-JR   Document 1   Filed 05/12/2008   Page 8 of 10

```
 . CLP56  606.00  *      ALE CUSTODY CLASSIFICATION FORM        03-05-2008
PAGE .001 OF 001                                                 08:58:45
                            (A) IDENTIFYING DATA
REG NO..: 11732-018              FORM DATE: 10-31-2007         ORG: CLP
NAME....: MCCOY, REGINALD L
                                 MGTV: NONE
PUB SFTY: SENT LGTH              MVED:
                            (B) BASE SCORING
DETAINER: (0) NONE               SEVERITY.......: (3) MODERATE
MOS REL.: 540                    CRIM HIST SCORE: (02) 2 POINTS
ESCAPES.: (0) NONE               VIOLENCE.......: (7) < 5 YRS SERIOUS
VOL SURR: (0) N/A                AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (2) NO VERFD HS/ NO GED DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                            (C) CUSTODY SCORING
TIME SERVED.....: (3) 0-25%      PROG PARTICIPAT: (0) POOR
LIVING SKILLS...: (0) POOR       TYPE DISCIP RPT: (0) GREATEST
FREQ DISCIP RPT.: (1) 2-5        FAMILY/COMMUN..: (3) MINIMAL

                  --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
 +16  +7    +6        +22        HIGH        N/A            MAX      SAME

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Exhibit "C"

Exhibit "D"

Designation and Sentencing Computation Center
U.S. Armed Forces Reserved Complex
346 Marine Forces Drive
Grand Pairie, Texas 75051

Date: February 22, 2008

RE: <u>Request for recomputation of Sentencing Release Date Due to Correction of Discrepancies and Errors in Sentence Computation Data</u>

Dear DSCC Staff,

    On October 31, 2007, the Bureau of Prisons corrected inmate Reginald L. McCoy #11732-018 Case No. 90-132-CR-T-17(c) Criminal History Score erroneously used to calculate his criminal history points as 4 in his Male Custody Classification Form BP-338. Due to verified documentations and evidence, the Bureau of Prisons had to deduct 2 criminal history points from the CR HX section of the BP-338 because they were incorrectly scored by the USPO's Presentence Investigation Report Pg. 8, Para 45-46. The information was in conflict with PS.5100.08 CH. 4 Page 8 and U.S.S.G. 4A1.1.(a),(b) and (c) and 4A1.2 (b)(1) of the United States Sentencing Guidelines Commission's Manual.

    This correction impacts inmate McCoy's Sentencing Computation Release Date 540 reflected in his Male Custody Classification Form BP-338 and Sentencing Computation Data Sheet Release Date UNKNOWN. Inmate McCoy nolonger qualify under Title 18 USC 3559 enhancement provision. As he does not qualify for category III of the criminal history range of the sentencing guidelines. The data reflects zero priors in opposed to the necessary 2 prior felony drug convictions needed to determine his criminal history range. Therefore, as a result of this Privacy Act correction of records maintained in his Central file as required by **Seller's v. Bureau of Prisons,** 595 F.2d 301 (D.C. Cir. 1992) and **PS.** 5800.11 Pg. 19(c); **PS.** 1351.05(c)(1)(a) CH. 4 Part (A), the Bureau of Prisons correction of the discrepancies in the central file records warrants that inmate McCoy's Sentencing Computation be recalculated to reflect 24 month to release or he be immediately released from custody of the bureau of prisons, as this power is invested in this department under Program Statement 5100.08 Ch. 7. Pg. 12(C).

    Thank you for your time and patience in this matter. We await a speedy reply in a reasonable amount of time. For further question or inquiries contact USP Coleman II.

Respectfully,

Reginald L. McCoy #11732-018
United States Correctional Complex
USP Coleman II
P.O. Box 1034
Coleman, Florida 33521

Files:
CMC L. Hawkins
Case Mgt. M. Chavis
Unit Mgt. M. Johnson
Director of BOP Harley G. Lappin

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

I ≡
08-807
JR

## I (a) PLAINTIFFS

Reggie L. McCoy

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

## DEFENDANTS

Federal Bureau of Prisons

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TI

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 11732-018

A
Case: 1:08-cv-00807
Assigned To : Robertson, James
Assign. Date : 5/12/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

3

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (a) (Privacy Act)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)  ☐ YES ☒ NO   If yes, please complete related case form.

DATE 5/12/08   SIGNATURE OF ATTORNEY OF RECORD NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

    VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.