UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REGGIE L. McCOY, )
)
    Plaintiff, )
)
v. ) Civil Action No. 08 0807
)
FEDERAL BUREAU OF PRISONS, )
)
    Defendant, )

### ORDER

In this action, plaintiff alleges that information pertaining to him in records maintained by the Federal Bureau of Prisons is incorrect, and that reliance on this information adversely impacts the computation of his prison sentence. He demands correction of the incorrect information and other injunctive relief. An adequate remedy for requests of this nature exists pursuant to the Privacy Act. See 5 U.S.C. § 552a. The Court construes the pleading as a Complaint against the Federal Bureau of Prisons pursuant to the Privacy Act, see 5 U.S.C. § 552a, and will deny the petition for a writ of mandamus. Because the Privacy Act applies only to federal government agencies, see 5 U.S.C. §§ 552(f)(1), 552a(a)(1), the Court will dismiss the individual defendant "M. Chavis" as a party to this action. A separate Order will be issued regarding plaintiff's application to proceed in forma pauperis.

    Accordingly, it is hereby

    ORDERED that "U.S.P. Coleman 2; J-2 Unit Case Mgt.; [and] M. Chavis" is DISMISSED WITH PREJUDICE as a party to this action. It is



FURTHER ORDERED that the petition for writ of mandamus is DENIED. This matter shall proceed as a civil action against the Federal Bureau of Prisons under the Privacy Act. It is

FURTHER ORDERED that a copy of this Order shall be served on defendant with a copy of the summons and complaint.

SO ORDERED.

United States District Judge

DATE: 5/8/08