UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>REGGIE McCOY )<br>)<br>    Defendant    ) | Cv. No.1:08-CV-00807 (JR) |

## NOTICE OF APPEARANCE

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Kacie M. Weston is counsel of record on behalf of the United States in the above-captioned case.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney


    __/s/_____
    KACIE M. WESTON
    Assistant United States Attorney
    Special Proceedings Section
    Room 10-448
    Washington, D.C. 20530
    (202) 514-7178


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing notice of appearance has been served by mail to the defendant, Reggie McCoy, #11732-018, FCC USP Coleman 2, P.O. Box 1034 Coleman, Fl. 33521 this 3rd day of July, 2008.


    _____
    KACIE M. WESTON