UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REGGIE L. MCCOY, | : | |
|       Plaintiff, | : | |
| v. | : | Civil Action No. 08-0807 (JR) |
| BUREAU OF PRISONS, | : | |
|       Defendant. | : | |

ORDER

Defendant moves to transfer this case to the United States District Court for the Middle District of Florida. Because a transfer would dispose of the case here, plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond may result in the district court granting the motion and dismissing the case." *Id*. at 509. Accordingly, it is

**ORDERED** that plaintiff shall respond to defendant's motion to transfer by **August 22, 2008**, failing which the Court will treat the motion as conceded and transfer the case to the Middle District of Florida.

JAMES ROBERTSON
United States District Judge