United States District Court
For The District of Columbia

Reggie L. McCoy,
Plaintiff,

Civil Action No. 08-0807 (JR)

v.

BUREAU OF PRISONS,
Defendant.

### Motion in Respond to order to transfer case to United States District Court Middle District of Florida

Comes now, Reggie L. McCoy, Pro Se and indigent and moves this Hon. District Court in agreement with transfer of Civil Action No. 08-0807(JR) Writ of Habeas Corpus to the United States District Court for The Middle District of Florida Pursuant to Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988) for recomputation of sentence.

**RECEIVED**

AUG 7 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully,
Reggie L. McCoy
#11932-018
United States Corr. Complex USP
Coleman II, P.O. Box 1034
Coleman, Fl 33521

<u>Certificate of Service</u>

I, Reggie L. McCoy, do swear and admit that a true and correct copy of the following was mailed on this <u>28th</u> day of <u>July</u> 2008.

Kacie McCoy Weston
John Mannarino
United States District Court
for The District of Columbia
  U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC. 20001

Bureau of Prisons
320 First Street, N.W.
Washington, DC. 20001

Respectfully
Reggie F. McCoy
J#11732-018