```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


REGGIE L. MCCOY,                    :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 08-0807 (JR)
                                    :
BUREAU OF PRISONS,                  :
                                    :
        Defendant.                  :
```

## ORDER

Plaintiff having consented [#13] to defendant's motion to transfer [#11], it is **ORDERED** that this case be transferred forthwith to the United States District Court for the Middle District of Florida.


                                        JAMES ROBERTSON
                            United States District Judge