United States District Court
For The District of Columbia

Reggie L. McCoy,
Plaintiff,

v.

Bureau of Prisons,
Defendant.

Civ. Action No. 08-0807(JR)

RECEIVED
AUG 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion for Summary Judgment in Plaintiff's favor Pursuant to Fed.R.Civ.P. Rule 56(a)

Comes now, Reggie L. McCoy, Pro Se and indigent Pursuant to Rule 56, and Moves this Hon. District Court to issue an order granting summary Judgment upon all claims for relief.

In furtherance, it is stated as follows:

1) On October 31, 2007, the Bureau of Prisons amended Central file records by deletting 2 Criminal History Points from the Male Custody Classification form BP-338. The 2 point reduction lowered Plaintiff's

Criminal History Category from IV to a Criminal History Category Range of I. a Criminal History Score of 2 Points.

Such reduction in the Criminal History Score warrants a recalculation of Plaintiff's Months to release date; as his Months to release date reflected 540 Mos REL: due to the incorrectly scored 4 Criminal History Points; Category Range IV.

However, the Corrected and amended 2 Points reduction in Plaintiff's Criminal History Score, warrants a recomputation of Sentencing Release date to reflect 24 Months to release or Plaintiff's immediate release from Custody.

2) The Bureau of Prisons and the United States has Conceded to the amended records in their Responses. And since all parties agree that a transfer to the Middle District of Florida would dispose of the case, Plaintiff demands Summary judgment in his favor. See Sellers v. Bureau of Prisons, 959 F.2d 307 (D.C. Cir. 1992)

## Conclusion

Wherefore, for the above stated reasons, Plaintiff moves this Hon. District Court to grant the request for summary judgment in his favor on all parts of the relief demanded in his Complaint as the spirit and matter of law so requires.

Respectfully,
Reggie L. McCoy
#11732-018
United States Corr. Complex USP
Coleman II
P.O. Box 1034
Coleman, Fl 33521

## Certificate of Service

I, Reggie L. McCoy, do state and admit that a true and correct copy of the aforementioned "Motion for Summary Judgment Pursuant to Fed. R. Civ. P. Rule 56" was mailed on this 21st day of August, 2008 to the following:

Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534

Respectfully,
Reggie L. McCoy
#11732-018
United States Corr. Complex U.S.P.
Coleman II
P.O. Box 1034
Coleman, FL 33521